# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-00137-CMA-MJW          FTR - Courtroom A-502

**Date:**    March 03, 2015                   Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Gregory P. O'Hara<br>Paul H. Schwartz<br>Kathleen M. Balderston |
| Plaintiff(s), | |
| v. | |
| CHARLES J. BERLING,<br>JAMES H. BULLOCK,<br>ANTHONY C. CODORI,<br>BERNARD C. DARRÉ,<br>GARY G. PETAK,<br>WILLIAM D. SNIDER,<br>CINDY J. STERETT,<br>JOHN S. UMBAUGH, and<br>SCOT T. WETZEL, | Phillip A. Parrott<br>Jeffrey D. Bailey |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    MOTION   HEARING
**Court in Session:**    11:27 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendants' Unopposed Motion for Forthwith Hearing on Defendants' Motion to Compel the FDIC to Produce One or More Witnesses to Testify Pursuant to Rule 30(b)(6) for oral argument.

Argument by Mr. O'Hara on behalf of Plaintiff.
Argument by Mr. Bailey on behalf of Defendants.

**It is ORDERED:**    Defendants' Unopposed Motion for Forthwith Hearing on Defendants' Motion to Compel the FDIC to Produce One or More Witnesses to Testify Pursuant to Rule 30(b)(6)   [Docket No. **60**, filed February 13, 2015] is **TAKEN   UNDER   ADVISEMENT.** The court will issue its written Order.

HEARING CONCLUDES.    **Court in recess:**  11:56 a.m.         Total In-Court Time:  00:29
To order a transcript of this proceedings, contact  Avery Woods Reporting   (303) 825-6119  or    Toll Free   1-800-962-3345.