IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00137-CMA-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,

Plaintiff,

v.

CHARLES J. BERLING,
JAMES H. BULLOCK,
ANTHONY C. CODORI,
BERNARD C. DARRÉ,
GARY G. PETAK,
WILLIAM D. SNIDER,
CINDY J. STERETT,
JOHN S. UMBAUGH, and
SCOT T. WETZEL,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

  It is hereby ORDERED that the Joint Motion for Third Amendment to Scheduling Order (Docket No. 75) is GRANTED for good cause shown. The Scheduling Order (Docket No. 31) is AMENDED such that:

- Affirmative expert witness disclosures are due June 12, 2015;
- Rebuttal expert witness disclosures are due July 10, 2015;
- Discovery cut-off is August 14, 2015; and
- Dispositive motions are due September 19, 2015.

  It is further ORDERED that the Final Pretrial Conference set for September 14, 2015, at 9:00 a.m. is VACATED and RE-SET for October 27, 2015, at 9:30 a.m.

Date: April 28, 2015