IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00137-CMA-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,

Plaintiff,

v.

CHARLES J. BERLING,
JAMES H. BULLOCK,
ANTHONY C. CODORI,
BERNARD C. DARRÉ,
GARY G. PETAK,
WILLIAM D. SNIDER,
CINDY J. STERETT,
JOHN S. UMBAUGH, and
SCOT T. WETZEL,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Fourth Amendment to Scheduling Order (Docket No. 97) is GRANTED for good cause shown. The Scheduling Order (Docket No.31) is AMENDED such that the discovery cut-off is extended to September 4, 2015, for the limited purpose of conducting expert witness depositions.  All other discovery shall be completed by the current discovery cut-off of August 14, 2015.

Date: August 11, 2015